IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-2 MORTGAGE LOAN ASSET- BACKED CERTIFICATES, SERIES 2007-2, <br><br>    Plaintiff, <br><br>v. <br><br>SHONN TERRANCE TIBBS, TRACEY LYNETTE TIBBS, MID-STATE LENDERS, INC., RONALD B. BUCHANAN, TREY LEWIS, DAN LEWIS, and WISECO, <br><br>    Defendants. | NO. 3:11-cv-00763 <br> JUDGE SHARP <br> MAGISTRATE JUDGE BRYANT |

## ORDER DISMISSING ACTION AS TO DEFENDANTS MID-STATE LENDERS, INC., TREY LEWIS, DAN LEWIS AND RONALD B. BUCHANAN

On Motion of Plaintiff, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-2 Mortgage Loan Asset Backed Certificates, Series 2007-2, the Court hereby dismisses WITH PREJUDICE this action as to Defendants Mid-State Lenders, Inc., Trey Lewis, Dan Lewis and Ronald B. Buchanan. This Order does not affect this action with respect to the remaining Defendants, Shonn Terrance Tibbs, Tracey Lynette Tibbs and Wiseco.

**IT IS SO ORDERED.**

*Kevin H. Sharp*

APPROVED FOR ENTRY:

s/Frank H. Reeves_____
Frank H. Reeves (TN Bar No. 3651)
Marshall L. Hix (TN Bar No. 10481)

1230 Regions Center
315 Deaderick Street
Nashville, Tennessee 37238-1230
Telephone: (615) 254-4444
Facsimile: (615) 254-4445

Attorneys for Plaintiff, Deutsche Bank National
Trust Company, as Trustee for Saxon Asset
Securities Trust 2007-2 Mortgage Loan Asset
Backed Certificates, Series 2007-2