UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:11-0763 |
| SHONN TERRANCE TIBBS, *et al.*, | ) ) ) | Judge Sharp |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) The Report and Recommendation (Docket No. 85) is hereby ACCEPTED and APPROVED;

(2) Defendants' Objections to the Report and Recommendation (Docket Nos. 88 & 93) are hereby OVERRULED;

(3) Plaintiff Deutsche Bank National Trust Company's Motion for Summary Judgment (Docket No. 74) is hereby GRANTED;

(4) The Motion for Summary Judgment filed by Defendants Shonn Terrance Tibbs and Tracey Lynette Tibbs (Docket No. 64) is hereby DENIED;

(5) Plaintiff Deutsche Bank is hereby DECLARED the holder of the $749,900 Promissory Note dated March 16, 2007, made by Shonn Tibbs, and secured by the Saxon deed of trust of even date executed by Shonn Tibbs and Tracey Tibbs, and this deed of trust REMAINS A VALID AND ENFORCEABLE LIEN on Shonn and Tracey Tibbs' property located at 560 Needmore Road, Old

1

Hickory, Tennessee. All other claims (except court costs) against Shonn and Tracey Tibbs are hereby DISMISSED; and

(6) The Clerk of the Court shall enter judgment on a separate document in accordance with the foregoing and Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE